UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAUL JAQUEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-cv-0708-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) AND ENTRY OF JUDGMENT**<br><br>**[ECF 19]** |

On February 7, 2023, the parties filed a Joint Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment. (ECF 19.) The parties request the case be remanded to the Agency to vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision. (ECF 19 at 2.) The parties request final judgment be entered in favor of Plaintiff and against Defendant, reversing the decision of the Commissioner. (*Id.*)

The Joint Motion is **GRANTED** and **IT IS HEREBY ORDERED** that the above-captioned matter be **REMANDED** to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the agency will vacate the

1  ALJ'S decision, re-evaluate the evidence, and issue a new decision. The Clerk shall enter
2  final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of
3  the Commissioner.
4  Dated: February 8, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge