

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Raul Jaquez | Civil Action No.  22-cv-00708-BGS |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Joint Motion is GRANTED and IT IS HEREBY ORDERED that the above-captioned matter be REMANDED to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the agency will vacate the ALJ'S decision, re-evaluate the evidence, and issue a new decision. Final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. Case is closed.

Date:    2/8/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo

L. Sotelo, Deputy